UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.A., ON BEHALF OF HIMSELF INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, N.A.1,

        Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, AND CHANCELLOR DAVID BANKS IN HIS OFFICIAL CAPACITY,

        Defendants.

23 Civ. 108 (JHR)

ORDER

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2023

---

JENNIFER H. REARDEN, District Judge:

    By separate Order to be entered today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

    In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

    If all parties consent to proceed before the Magistrate Judge, Plaintiffs shall, **within two weeks of the date of this Order**, email ReardenNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter **by the same deadline** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: February 3, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge