UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

N.A., individually and on behalf of his minor child, N.A.1,

                                           Plaintiff,        23-cv-108 (JHR)(KHP)

            -against-                 **NOTICE OF APPEARANCE**

NEW YORK CITY DEPARTMENT OF EDUCATION;
NEW YORK CITY BOARD OF EDUCATION; and
CHANCELLOR DAVID C. BANKS, IN HIS OFFICIAL
CAPACITY,

                                           Defendants.

------------------------------------------------------------------------ x

        Please enter the appearance of the undersigned, as the attorney to be noticed, on behalf of Defendants New York City Department of Education, New York City Board of Education, and Chancellor David C. Banks, in the above-captioned action.

Dated:        February 17, 2023
                 New York, New York

                                               HON. SYLVIA O. HINDS-RADIX
                                             Corporation Counsel of the
                                               City of New York
                                             *Attorney for Defendants*
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 356-0872
                                             mcho@law.nyc.gov

                                  By:    /s/ Min Kyung Cho
                                             Min Kyung Cho
                                             Assistant Corporation Counsel

cc:      Elisa Hyman, Esq.
         *Counsel for Plaintiffs*
         (Via ECF)