THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 25, 2023

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

   Re: *N.A. et al. v. NYC Dep't of Educ., et al.*, No. 1:23-cv-108 (JHR)(KHP)

Dear Judge Parker:

  I represent the Plaintiffs in the above-referenced case.

  I am writing jointly on behalf of both parties pursuant to 28 U.S.C. § 636(c) to advise that the parties consent to Your Honor's jurisdiction with respect to the Plaintiffs' contemplated TRO and preliminary injunction and the application to dismiss certain claims of the Plaintiffs pursuant to Fed. R. Civ. Pro. 41 without prejudice, as well as the endorsement of the interim stipulation and order of dismissal under Rule 41 that the parties have executed, which is attached hereto as Appendix A.  We were not sure if we should file with orders and judgments until the jurisdictional issue was addressed.

  Thank you for Your Honor's consideration of these requests.

              Sincerely,

               */s/*

              _____

              Elisa Hyman
              Counsel for the Plaintiffs

1115 BROADWAY, 12TH FL.                      42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                         NEW YORK, NY 10010
                 WWW.SPECIALEDLAWYER.COM