**THE LAW OFFICE OF**
**ELISA HYMAN, P.C.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2024

January 18, 2024

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

      Re:   *N.A. et al. v. NYC Dep't of Educ., et al., No. 1:23-cv-108 (JHR)(KHP)*

Dear Judge Parker:

    I represent the Plaintiffs in the above-referenced case. I am writing jointly with Defendants to request a *nunc pro tunc* extension of one day for the parties to provide the status letter due today on January 18, 2024. The reason for the request is that the parties need an additional day to confer and discuss next steps.

    Thank you very much for Your Honor's consideration of this request.

                                  Sincerely,

                                  */s/ Elisa Hyman*
                              _____
                              Elisa Hyman
                              Counsel for the Plaintiffs

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   1/19/2024

cc: Counsel for Defendants