

**THE LAW OFFICE OF**
**ELISA HYMAN, P.C.**

March 18, 2024

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

03/19/2024

Re:   *N.A. et al. v. NYC Dep't of Educ., et al.,* No. 1:23-cv-108 (JHR)(KHP)

Dear Judge Parker:

I represent the Plaintiffs in the above-referenced case.  <u>I am writing jointly with Defendants to request a *nunc pro tunc* extension until March 22, 2024, for the parties to provide the status letter due today on March 18, 2024.</u>   The reason for the request is that the parties need additional time to confer about settlement and Ms. Nicholson, counsel for Defendants, was out of the office today.

Thank you very much for Your Honor's consideration of this request.

Sincerely,

*/s/ Elisa Hyman*

_____

Elisa Hyman
Counsel for the Plaintiffs

cc: Counsel for Defendants

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10001

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM