UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

N.A., individually and on behalf of his minor child, N.A. 1,

                                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION, and
CHANCELLOR DAVID C. BANKS in his official
capacity,

                                    Defendants.

**NOTICE OF APPEARANCE**

23-cv-0108-JHR-KHP

------------------------------------------------------------------------ x

        Please enter in the above-captioned action the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of Defendants New York City Department of Education, New York City Board Of Education, and David C. Banks in his official capacity as Chancellor of the New York City Department of Education.

Dated:      May 7, 2024
               New York, New York

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants*
                                    100 Church Street
                                    New York, New York 10007
                                    Office: (212) 356-2079
                                    Cell: 347-556-8536
                                    jvyas@law.nyc.gov

By: _____
                                    Jaimini Vyas
                                    *Assistant Corporation Counsel*

cc:    **By ECF**
       Elisa Hyman, Esq.
       *Counsel for Plaintiffs*