

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Jaimini A. Vyas
Phone: 212-356-2079
Email: jvyas@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024

May 21, 2024

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *N.A. et al. v. New York City Dept. of Education et al.*, 23-cv-0108-JHR-KHP

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and was recently assigned to represent Defendants in the above-captioned matter. I respectfully write jointly with Plaintiffs' counsel, Elisa Hyman, Esq., to update the Court on the status of this case pursuant to Your Honor's March 25, 2024 Order (ECF 65). The parties are exploring whether they can amicably resolve this matter through a settlement and propose submitting a further status update to the Court by July 26, 2024, in approximately 66 days.

    We thank the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          /s/ Jaimini Vyas
                                          Jaimini A. Vyas
                                          Assistant Corporation Counsel

cc:    **By ECF**
      Elisa Hyman, Esq.
      *Counsel for Plaintiffs*

---

**APPLICATION GRANTED**

/s/ Katharine H. Parker     5/22/2024

Hon. Katharine H. Parker, U.S.M.J.