

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
Phone: 212-356-2079
Email: jvyas@law.nyc.gov

July 26, 2024

**BY ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *N.A. et al. v. New York City Dept. of Education et al.*, 23-cv-0108-JHR-KHP

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent Defendants in the above-captioned matter. I respectfully write jointly with Plaintiffs' counsel, Elisa Hyman, Esq., to update the Court on the status of this case pursuant to Your Honor's May 22, 2024 Order (ECF 68). The parties continue to be engaged in settlement negotiations. On July 18, 2024, Defendants communicated an offer to Plaintiffs' counsel and received a counterdemand. Today, I communicated a further settlement offer to Plaintiffs' counsel and we conferred for approximately one hour by telephone to discuss the parties' respective positions on settlement. We have made progress. However, we have outstanding issues to negotiate.

      We propose submitting a further status update to the Court by August 30, 2024, in approximately 35 days.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Jaimini Vyas
Jaimini A. Vyas
Assistant Corporation Counsel

cc:  **By ECF**

Elisa Hyman, Esq.
*Counsel for Plaintiffs*

The parties' request is GRANTED. The parties shall file a status letter with the Court by **August 30, 2024**.

SO ORDERED:

*Katharine H. Parker*   7/29/2024

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE